# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**677**

**CA 12-02039**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, AND VALENTINO, JJ.

---

LINDSEY STEPHENSON, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

ANDREW P. FLEMING AND CHIACCHIA & FLEMING, LLP,
DEFENDANTS-APPELLANTS.
-------------------------------------------------
MARTHA KAVANAUGH, PLAINTIFF-RESPONDENT,

V

ANDREW P. FLEMING AND CHIACCHIA & FLEMING, LLP,
DEFENDANTS-APPELLANTS.

---

CHIACCHIA & FLEMING, LLP, HAMBURG (CHRISTEN ARCHER PIERROT OF
COUNSEL), FOR DEFENDANTS-APPELLANTS.

LAW OFFICES OF JOHN P. BARTOLOMEI & ASSOCIATES, NIAGARA FALLS, D.J. &
J.A. CIRANDO, ESQS., SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR
PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Patrick
H. NeMoyer, J.), entered February 1, 2012. The order denied the
motions of defendants to dismiss the actions.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  June 7, 2013                          Frances E. Cafarell
                                                Clerk of the Court